FILED'06 JUN 22 08:47USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRANCE NEWBY,                                              CV. 05-230-HU

        Petitioner,                                        ORDER

  v.

CHARLES DANIELS, et al.,

        Respondents.

PANNER, Judge

    Petitioner's unopposed motion for voluntary dismissal (#23) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 25 day of June, 2006.

                                       Owen M. Panner
                                       United States District Judge

1 -- ORDER